**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**STANLEY TURNER NORTON
ADC #99798**                                                                                   **PETITIONER**

**v.**            **CASE NO. 5:09-cv-00078 BSM/JTR**

**LARRY NORRIS, Director
Arkansas Department of Correction**                                  **RESPONDENT**

## ORDER

The proposed findings and recommended disposition [Doc. No. 14] submitted by United States Magistrate Judge J. Thomas Ray have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.   The Petition for a Writ of Habeas Corpuse [Doc. No. 1] is DENIED, and this case is DISMISSED, with prejudice..

2.   The certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this 11th day of May, 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE