IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STANLEY TURNER NORTON**
**ADC #99798**                                                                                       **PETITIONER**

**v.**            **Case No. 5:09-cv-00078 BSM/JTR**

**LARRY NORRIS, Director**
**Arkansas Department of Correction**                                     **DEFENDANT**

# JUDGMENT

Consistent with the order that was entered on this day, it is considered, ordered, and adjudged that this case is DISMISSED, WITH PREJUDICE. The certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases,

IT IS SO ORDERED this 11th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE